**SEALED**

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | **FILED UNDER SEAL** |
| QUINTON JEDELL DARDEN<br>a.k.a. Ball Out | 3-25CR-230 X |

## INDICTMENT

The Grand Jury charges:

Count One
Trafficking in Firearms
(Violation of 18 U.S.C. § 933(a)(1) and (b))

Beginning on or about March 17, 2025, and continuing through on or about April 24, 2025, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Quinton Jedell Darden**, did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to a convicted felon in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of the firearm by the convicted felon would constitute a felony.

In violation of 18 U.S.C. § 933(a)(1) and (b).

Indictment—Page 1

Forfeiture Notice
(18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this indictment and pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the defendant, **Quinton Jedell Darden**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the offense.

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
WALT M. JUNKER
Assistant United States Attorney
Texas State Bar No. 24038115
1100 Commerce, Third Floor
Dallas, Texas 75242
Tel: 214-659-8600
Fax: 214-659-8805
Email: walt.junker@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

QUINTON JEDELL DARDEN
a.k.a. Ball Out

SEALED INDICTMENT

18 U.S.C. § 933(a)(1) and (b)
Trafficking in Firearms
(Count 1)

18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                             FOREPERSON

Filed in open court this 21 day of May, 2025.

**Defendant in Federal Custody since 4/28/2025 in Limestone County.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:25-MJ-419-BK